**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**LAWRENCE DILORENZO,**

    **Plaintiffs,**

v.                                                      **Case No: 8:16-cv-2524-T-35AAS**

**CREDIT ONE BANK, N.A.,**

    **Defendant.**

_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendant's Motion to Dismiss and Compel Arbitration (Dkt. 18), and Plaintiff's Response in Opposition (Dkt. 24), and Defendant's Reply (Dkt. 28). Upon consideration of all relevant filings, case law, and being otherwise fully advised, Defendant's Motion is **GRANTED**. Defendant has submitted all necessary proof showing that Plaintiff was sent, received, and agreed to the terms of the 2013 Cardholder Agreement (Dkt. 28-2) by activating and using the credit card that is the subject of his claims. Plaintiff has not provided any evidence to challenge the Defendant's evidence that he agreed to the terms of the Cardholder Agreement, and the Court finds that Plaintiff has therefore failed to raise any issue of fact as to the existence of a valid arbitration agreement. See Gregorius v. Npc Int'l, Inc., Case No. 2:16-cv-593-FtM-99MRM, 2016 WL 6996116, at *4 (M.D. Fla. Nov. 30, 2016) (citing Bazemore v. Jefferson Capital Sys., LLC, 827 F.3d 1325, 1329 (11th Cir. 2016)). Further, the arbitration provisions of the Cardholder Agreement require arbitration of Plaintiff's claims.

Accordingly, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss and Compel Arbitration (Dkt. 18) is **GRANTED**. The parties are **ORDERED** to arbitrate all claims at issue in this action.

2. The case is **DISMISSED** pending completion of arbitration.

3. The Clerk is directed to **TERMINATE** any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of April, 2017.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
All *Pro Se* parties